WILLIAM G. MALCOLM #129271
CHARLES W. NUNLEY, II #111906
MELISSA M. SGROI #268296
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:   (949) 252-1032
*Bill@mclaw.org*; *Charlie@mclaw.org*; *MSgroi@mclaw.org*

Counsel for Everhome Mortgage Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GIVANT, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VITEK REAL ESTATE INDUSTRIES GROUP, INC. dba VITEK MORTGAGE GROUP, a California Corporation; EVERHOME MORTGAGE COMPANY, a Florida Corporation; MTC Financial Inc., dba Trustee Corps; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-cv-03158-MCE-JFM<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON** |

　　　Counsel for Plaintiff KATHLEEN GIVANT and counsel for Defendant EVERHOME MORTGAGE COMPANY hereby STIPULATE to set aside the Default that was entered on January 4, 2012.

///

///

---

1
STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON

1 | The parties mutually request that the Default be set aside so that the matter may proceed.

IT IS SO STIPULATED.

Dated:  January 17, 2012        MALCOLM ♦ CISNEROS,
                                A LAW CORPORATION


                                By: /s/ Melissa M. Sgroi
                                    CHARLES W. NUNLEY
                                    MELISSA M. SGROI
                                    Attorney for Defendant EVERHOME
                                    MORTGAGE COMPANY


Dated:  January 17, 2012        CONSUMER LITIGATION LAW CENTER


                                By: /s/ September Katie (as authorized on 1/17/2012)
                                    SEPTEMBER JOY KATJIE
                                    Attorney for Plaintiff KATHLEEN
                                    GIVANT


ORDER

IT IS HEREBY ORDERED that the Default entered on January 4, 2012, be set aside.

IT IS SO ORDERED.

Dated:  January 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

2
STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON