UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLEEN GIVANT,                    No. 2:11-cv-03158-MCE-JFM

    Plaintiff,

  v.                                MEMORANDUM AND ORDER

VITEK REAL ESTATE INDUSTRIES
GROUP, INC., dba VITEK
MORTGAGE GROUP, et al.,

    Defendants.

----oo0oo----

Plaintiff originally initiated this action in the Superior Court of the State of California for the County of Sacramento against Vitek Real Estate Industries Group, Inc., dba Vitek Mortgage Group("Vitek"), Everhome Mortgage Company and MTC Financial Inc., dba Trustee Corps ("MTC"). Vitek subsequently removed the action to this Court and, on December 6, 2011, filed a Motion to Dismiss (ECF No. 4), which was scheduled to be heard on the Court's regular January 26, 2012, calendar.

///
///

1

1  Less than two weeks later, on December 15, 2011, Defendant MTC
2  filed its own Motion to Dismiss (ECF No. 8), which was set for
3  hearing before this Court on February 9, 2012.  On January 10,
4  2012, the Court continued the hearing on Vitek's Motion from
5  January 26 to February 9 to be heard in conjunction with the
6  after-filed MTC Motion.
7       Three days later, on January 13, Plaintiff filed a First
8  Amended Complaint ("FAC") (ECF No. 14).  Apparently believing
9  Plaintiff's amended pleading rendered their then-pending Motions
10 to Dismiss moot, both Vitek and MTC filed additional Motions to
11 Dismiss Plaintiffs' FAC (ECF Nos. 19 and 22).  Since over twenty-
12 one (21) days had passed since Vitek filed and served its
13 original Motion to Dismiss, however, Plaintiff was required to
14 seek either leave of this Court or the written consent of
15 Defendants prior to amending her Complaint.  See Fed. Rule Civ.
16 Pro. 15(a) (amendment permitted as a matter of course, and
17 without a court order or the opposing party's consent, only
18 within, as pertinent here, twenty-one (21) days after a
19 responsive pleading is filed).  This Court has not granted
20 Plaintiff permission to amend her Complaint, nor has the Court
21 been provided with Defendants' written consent to any amendment.
22      Accordingly, Plaintiff's FAC is hereby stricken from the
23 record.  There being no amended pleading left to dismiss, both
24 Vitek's and MTC's Motions to Dismiss the FAC (ECF Nos. 19 and 22)
25 are DENIED without prejudice.
26 ///
27 ///
28 ///

1 | Finally, the February 9, 2012, hearing on Vitek's and MTC's
2 | original Motions to Dismiss (ECF Nos. 4 and 8) is hereby vacated
3 | and continued to March 8, 2012, at 2:00 p.m. in Courtroom 7.
4 |     IT IS SO ORDERED.
5 |
 Dated: February 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE