1
September J. Katje, Esq. (SBN 227896)
**CONSUMER LITIGATION LAW CENTER, APC**

2
100 N. Barranca, Suite 700
West Covina, CA 91791

3
Telephone:  (800) 787-5616
Fax: (888) 909-7947

4
sk@consumerlitigationlawcenter.com

5
Attorney for Plaintiff,
Kathleen Givant

6

7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10

11
KATHLEEN GIVANT, an individual,                )    Case No.: 2:11-cv-03158-MCE-JFM
                                                                       )

12
                                 Plaintiff,              )
                                                                       )

13
                        v.                                )    **STIPULATION TO  REINSTATE**
                                                                       )    **PLAINTIFF'S FIRST AMENDED**

14
                                                                       )    **COMPLAINT TO THE DOCKET BY**
VITEK REAL ESTATE INDUSTRIES           )    **CONSENT OF THE DEFENDANTS;**

15
GROUP, INC. dba VITEKMORTGAGE         )    **AND THAT MOTIONS OF**
GROUP, a California Corporation;              )    **DEFENDANTS' TO DISMISS FIRST**

16
EVERHOME MORTGAGE COMPANY, a       )    **AMENDED COMPLAINT (ECF 19 AND**
Florida Corporation;  MTC FINANCIAL      )    **22) ARE RESTORED TO CALENDAR**

17
INC., dba TRUSTEE CORPS, a California    )    **FOR THE MARCH 8, 2012 HEARING**
Corporation; EVERBANK, a Federal Savings )    **DATE IN PLACE OF  DEFENDANTS'**

18
Bank and all persons or entities unknown     )    **MOTION TO DISMISS (ECF 4 AND 8);**
claiming any legal or equitable right, title,     )    **AND  ORDER THEREON**

19
estate, lien or interest in the property             )

20
described in this complaint adverse to           )
Plaintiff's title thereto, and DOES 1 through )

21
25,inclusive,                                                   )
                                                                       )

22
                                 Defendants.          )

23
_____   )

24

25
        Counsel for Plaintiff KATHLEEN  GIVANT,  and  counsel  for  Defendants  VITEK

26
REAL  ESTATE  INDSUSTRIES  GROUP,  INC.  dba  VITEKMORTGAGE  GROUP,  MTC

27
FINANCIAL  INC.,  dba  TRUSTEE  CORPS  and  EVERBANK  D/B/A  EVERHOME

28

MORTGAGE, AS SUCCESSOR BY MERGER TO EVERHOME MORTGAGE COMPANY

hereby STIPULATE and mutually agree to the following Orders:

1. The parties consent to the filing the of the First Amended Complaint by Plaintiff KATHLEEN GIVANT;

2. The Order (ECF No. 25) striking the First Amended Complaint filed by Plaintiff Kathleen Givant is vacated;

3. The Plaintiff's First Amended Complaint is restored to Docket ECF No. 14; and

4. The Order (ECF No. 25) denying without prejudice of the Motions of Defendants VITEK REAL ESTATE INDSUSTRIES GROUP, INC. dba VITEKMORTGAGE GROUP (ECF No. 19) and MTC FINANCIAL INC., dba TRUSTEE CORPS (ECF No. 22) to dismiss Plaintiff's First Amended Complaint shall be vacated and restored to calendar to be heard on March 8, 2012 at 2:00 PM in place of the Defendants' motions to dismiss the original Complaint (ECF Nos. 4 and 8).

IT IS SO STIPULATED.

Dated:  February 8, 2012          CONSUMER LITIGATION LAW CENTER, APC


By:__/s/   *September Joy Katje*_____
SEPTMBER JOY KATJE
Attorney for Plaintiff, KATHLEEN GIVANT

Dated:  February 9, 2012          MEDLIN & HARGRAVE, PC


By:*/s/ JOSHUA A. ROSENTHAL (as authorized on 2/9/12)*
JOSHUA A. ROSENTHAL
Attorneys for Defendant, VITEK REAL ESTATE
INDUSTRIES GROUP, INC.

1

2    Dated: February 9, 2012                TURNER, REYNOLDS, GRECO & O'HARA

3                                            By:*/s/ Elizabeth D. Scott (as authorized on 2/9/12)*
                                             ELIZABETH DOLAN SCOTT
4                                            Attorneys for MTC FINANCIAL INC., dba
                                             TRUSTEE CORPS
5
                                             MALCOLM ♦ CISNEROS, A LAW CORPORATION
6    Dated: February 8, 2012
                                             By: */s/ Melissa M. Sgroi (as authorized on 2/8/12)*
7                                            CHARLES W. NUNLEY
                                             MELISSA M. SGROI
8                                            Attorney for Defendant EVERBANK

9                                            ORDER

10       IT IS HEREBY ORDERED as follows:

11       1.  The Order (ECF No. 25) striking the First Amended Complaint filed by Kathleen

12          Givant is hereby vacated;

13
         2.  That the First Amended Complaint is restored to docket ECF No. 14; and
14

15       3.  That the Order (ECF No. 25) denying without prejudice the motions of Defendants

16          VITEK REAL ESTATE INDSUSTRIES GROUP, INC. dba VITEKMORTGAGE

17          GROUP (ECF No. 19) and MTC FINANCIAL INC., dba TRUSTEE CORPS (ECF

18          No. 22) to dismiss the First Amended Complaint filed by Plaintiff Kathleen Givant

19
            shall be vacated and the motions restored to calendar to be heard on March 8, 2012
20
            at 2:00 PM in place of the Defendants' motions to dismiss the original Complaint
21
22          (ECF Nos. 4 and 8).

23       IT IS SO ORDERED.

24   DATED:  February 16, 2012

25                                           _____

26                                           MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE
27

28