1  September J. Katje, Esq. (SBN 227896)
2  **CONSUMER LITIGATION LAW CENTER, APC**
   100 N. Barranca, Suite 700
   West Covina, CA 91791
3  Telephone:  (800) 787-5616
   Fax: (888) 909-7947
4  sk@consumerlitigationlawcenter.com

5  Attorney for Plaintiff,
   Kathleen Givant

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  KATHLEEN GIVANT, an individual,          )   Case No.: 2:11-cv-03158-MCE-JFM
                                             )
12              Plaintiff,                   )
                                             )   **STIPULATION TO  REINSTATE**
13      v.                                   )   **PLAINTIFF'S FIRST AMENDED**
                                             )   **COMPLAINT TO THE DOCKET BY**
14                                           )   **CONSENT OF THE DEFENDANTS;**
    VITEK REAL ESTATE INDUSTRIES             )   **AND THAT MOTIONS OF**
15  GROUP, INC. dba VITEKMORTGAGE            )   **DEFENDANTS' TO DISMISS FIRST**
    GROUP, a California Corporation;         )   **AMENDED COMPLAINT (ECF 19 AND**
16  EVERHOME MORTGAGE COMPANY, a             )   **22) ARE RESTORED TO CALENDAR**
    Florida Corporation;  MTC FINANCIAL      )   **FOR THE MARCH 8, 2012 HEARING**
17  INC., dba TRUSTEE CORPS, a California     )   **DATE IN PLACE OF  DEFENDANTS'**
    Corporation; EVERBANK, a Federal Savings )   **MOTION TO DISMISS (ECF 4 AND 8);**
18  Bank and all persons or entities unknown  )   **AND  ORDER THEREON**
    claiming any legal or equitable right, title, )
19  estate, lien or interest in the property  )
    described in this complaint adverse to    )
20  Plaintiff's title thereto, and DOES 1 through )
    25,inclusive,                             )
21                                           )
                                             )
22              Defendants.                   )
    _____      )
23

24

25      Counsel for Plaintiff KATHLEEN  GIVANT,  and  counsel  for  Defendants  VITEK

26  REAL  ESTATE  INDSUSTRIES  GROUP,  INC.  dba  VITEKMORTGAGE  GROUP,  MTC

27  FINANCIAL  INC.,  dba  TRUSTEE  CORPS  and  EVERBANK  D/B/A  EVERHOME

28

MORTGAGE, AS SUCCESSOR BY MERGER TO EVERHOME MORTGAGE COMPANY

hereby STIPULATE and mutually agree to the following Orders:

1. The parties consent to the filing the of the First Amended Complaint by Plaintiff KATHLEEN GIVANT;

2. The Order (ECF No. 25) striking the First Amended Complaint filed by Plaintiff Kathleen Givant is vacated;

3. The Plaintiff's First Amended Complaint is restored to Docket ECF No. 14; and

4. The Order (ECF No. 25) denying without prejudice of the Motions of Defendants VITEK REAL ESTATE INDSUSTRIES GROUP, INC. dba VITEKMORTGAGE GROUP (ECF No. 19) and MTC FINANCIAL INC., dba TRUSTEE CORPS (ECF No. 22) to dismiss Plaintiff's First Amended Complaint shall be vacated and restored to calendar to be heard on March 8, 2012 at 2:00 PM in place of the Defendants' motions to dismiss the original Complaint (ECF Nos. 4 and 8).

IT IS SO STIPULATED.


Dated:  February 8, 2012          CONSUMER LITIGATION LAW CENTER, APC


                                  By:__/s/__September Joy Katje_____
                                     SEPTMBER JOY KATJE
                                     Attorney for Plaintiff, KATHLEEN GIVANT


Dated:  February 9, 2012              MEDLIN & HARGRAVE, PC


                                  By:/s/ JOSHUA A. ROSENTHAL (as authorized on 2/9/12)
                                     JOSHUA A. ROSENTHAL
                                     Attorneys for Defendant, VITEK REAL ESTATE
                                     INDUSTRIES GROUP, INC.

1

2   Dated: February 9, 2012          TURNER, REYNOLDS, GRECO & O'HARA

3                                    By:*/s/ Elizabeth D. Scott (as authorized on 2/9/12)*
                                        ELIZABETH DOLAN SCOTT
4                                       Attorneys for MTC FINANCIAL INC., dba
                                        TRUSTEE CORPS
5
    Dated: February 8, 2012          MALCOLM ♦ CISNEROS, A LAW CORPORATION
6                                    By: */s/ Melissa M. Sgroi (as authorized on 2/8/12)*
7                                        CHARLES W. NUNLEY
                                        MELISSA M. SGROI
8                                       Attorney for Defendant EVERBANK

9                                    ORDER

10      IT IS HEREBY ORDERED as follows:

11      1.  The Order (ECF No. 25) striking the First Amended Complaint filed by Kathleen

12          Givant is hereby vacated;

13
        2.  That the First Amended Complaint is restored to docket ECF No. 14; and
14
15      3.  That the Order (ECF No. 25) denying without prejudice the motions of Defendants

16          VITEK REAL ESTATE INDSUSTRIES GROUP, INC. dba VITEKMORTGAGE

17          GROUP (ECF No. 19) and MTC FINANCIAL INC., dba TRUSTEE CORPS (ECF

18          No. 22) to dismiss the First Amended Complaint filed by Plaintiff Kathleen Givant

19
            shall be vacated and the motions restored to calendar to be heard on March 8, 2012
20
            at 2:00 PM in place of the Defendants' motions to dismiss the original Complaint
21
22          (ECF Nos. 4 and 8).

23      IT IS SO ORDERED.

24  DATED:  February 16, 2012

25                                   _____

26                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
27

28