September J. Katje, Esq. (SBN 227896)
**CONSUMER LITIGATION LAW CENTER**
100 N. Barranca, Suite 700
West Covina, CA 91791
Telephone: (800) 787-5616
Fax: (888) 909-7947
septemberkatje@gmail.com

Attorney for Plaintiff,
Kathleen Givant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GIVANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VITEK REAL ESTATE INDUSTRIES GROUP, INC., dba VITEKMORTGAGE GROUP, a California Corporation; EVERHOME MORTGAGE COMPANY, a Florida Corporation; MTC FINANCIAL INC., dba TRUSTEE CORPS, a California Corporation; EVERBANK, a Federal Savings Bank; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto; and DOES 1 through 25,inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:11-cv-03158-MCE-JFM<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT MTC FINANCIAL INC., dba TRUSTEE CORPS** |

Counsel for Plaintiff KATHLEEN GIVANT, and counsel for Defendant MTC FINANCIAL INC., dba TRUSTEE CORPS, hereby STIPULATE and mutually agree to the following Orders, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

{00288236.DOC; 1}1

**STIPULATION AND [PROPOSED] ORDER**

1. Plaintiff dismisses Defendant MTC FINANCIAL INC., dba TRUSTEE CORPS, (hereinafter "MTC") from this action, without prejudice, contingent on the following:

    a) Each party to this stipulation agrees to pay its own costs and Attorney's Fees incurred in this litigation.

    b) Any and all injunctions against Defendant EVERBANK, a Federal Savings Bank (hereinafter "EVERBANK"), are binding on Defendant MTC as Defendant EVERBANK's trustee, complying with and carrying out the specific terms set out in the deed of trust.

Dated: February 23, 2012    CONSUMER LITIGATION LAW CENTER

By: /s/ September J. Katje (authorized 2/23/12)
    SEPTEMBER J. KATJE
    Attorney for Plaintiff,
    KATHLEEN GIVANT

Dated: February 23, 2012    TURNER, REYNOLDS, GRECO & O'HARA

By: /s/ Elizabeth Dolan Scott (authorized 2/23/12)
    ELIZABETH DOLAN SCOTT
    Attorney for Defendant,
    MTC FINANCIAL INC.,
    dba TRUSTEE CORPS

ORDER

IT IS HEREBY ORDERED as follows:

1. Defendant MTC is dismissed, without prejudice, from this action.

2. Any and all injunctions against Defendant EVERBANK, a Federal Savings Bank (hereinafter "EVERBANK"), are binding on Defendant MTC as Defendant EVERBANK's trustee, complying with and carrying out the specific terms set out in the deed of trust.

Dated: February 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE