1  September J. Katje, Esq. (SBN 227896)
   **CONSUMER LITIGATION LAW CENTER**
2  100 N. Barranca, Suite 700
   West Covina, CA 91791
3  Telephone: (800) 787-5616
   Fax: (888) 909-7947
4  septemberkatje@gmail.com

5  Attorney for Plaintiff,
   Kathleen Givant
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | KATHLEEN GIVANT, an individual, | ) Case No.: 2:11-cv-03158-MCE-JFM
12 |                                  | )
   |              Plaintiff,          | ) **STIPULATION AND ORDER TO**
13 |                                  | ) **DISMISS DEFENDANT MTC**
   |              v.                  | ) **FINANCIAL INC., dba TRUSTEE CORPS**
14 |                                  | )
15 | VITEK REAL ESTATE INDUSTRIES     | )
   | GROUP, INC., dba VITEKMORTGAGE   | )
16 | GROUP, a California Corporation; | )
   | EVERHOME MORTGAGE COMPANY, a     | )
17 | Florida Corporation; MTC FINANCIAL| )
18 | INC., dba TRUSTEE CORPS, a California | )
   | Corporation; EVERBANK, a Federal Savings | )
19 | Bank; and all persons or entities unknown | )
   | claiming any legal or equitable right, title, | )
20 | estate, lien or interest in the property | )
21 | described in this complaint adverse to | )
   | Plaintiff's title thereto; and DOES 1 through | )
22 | 25,inclusive,                    | )
   |                                  | )
23 |              Defendants.         | )
24 |                                  | )

25

26     Counsel for Plaintiff KATHLEEN GIVANT, and counsel for Defendant MTC

27 FINANCIAL INC., dba TRUSTEE CORPS, hereby STIPULATE and mutually agree to the

28 following Orders, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

{00288236.DOC; 1}1

**STIPULATION AND [PROPOSED] ORDER**

1.  Plaintiff dismisses Defendant MTC FINANCIAL INC., dba TRUSTEE CORPS, (hereinafter "MTC") from this action, without prejudice, contingent on the following:

   a) Each party to this stipulation agrees to pay its own costs and Attorney's Fees incurred in this litigation.
   b) Any and all injunctions against Defendant EVERBANK, a Federal Savings Bank (hereinafter "EVERBANK"), are binding on Defendant MTC as Defendant EVERBANK's trustee, complying with and carrying out the specific terms set out in the deed of trust.

Dated:  February 23, 2012            CONSUMER LITIGATION LAW CENTER


                                     By: /s/ September J. Katje (authorized 2/23/12)
                                         SEPTEMBER J. KATJE
                                         Attorney for Plaintiff,
                                         KATHLEEN GIVANT


Dated:  February 23, 2012            TURNER, REYNOLDS, GRECO & O'HARA


                                     By: /s/ Elizabeth Dolan Scott (authorized 2/23/12)
                                         ELIZABETH DOLAN SCOTT
                                         Attorney for Defendant,
                                         MTC FINANCIAL INC.,
                                         dba TRUSTEE CORPS

ORDER

IT IS HEREBY ORDERED as follows:

1.  Defendant MTC is dismissed, without prejudice, from this action.

2.  Any and all injunctions against Defendant EVERBANK, a Federal Savings Bank (hereinafter "EVERBANK"), are binding on Defendant MTC as Defendant EVERBANK's trustee, complying with and carrying out the specific terms set out in the deed of trust.

Dated:  February 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE