PLEASE SIGN THIS FOR ME.


September J. Katje, Esq. (SBN 227896)
**CONSUMER LITIGATION LAW CENTER**
100 N. Barranca, Suite 700
West Covina, CA 91791
Telephone: (800) 787-5616
Fax: (888) 909-7947
septemberkatje@gmail.com

Attorney for Plaintiff,
Kathleen Givant


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KATHLEEN GIVANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VITEK REAL ESTATE INDUSTRIES GROUP, INC., dba VITEKMORTGAGE GROUP, a California Corporation; EVERHOME MORTGAGE COMPANY, a Florida Corporation; MTC FINANCIAL INC., dba TRUSTEE CORPS, a California Corporation; EVERBANK, a Federal Savings Bank; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto; and DOES 1 through 25,inclusive,<br><br>Defendants. | Case No.: 2:11-cv-03158-MCE-JFM<br><br>**ORDER GRANTING PLAINTIFF'S ATTORNEY, SEPTEMBER J. KATJE'S ESQ., REQUEST TO APPEAR TELEPHONICALLY**<br><br>**DATE:** **Thursday, March 8, 2012**<br>**TIME:** **2:00p.m.**<br>**ROOM:** **7**<br>**JUDGE:** **Morrison C. England, Jr.** |

1[PROPOSED] RE REQUEST FOR TELEPHONIC APPEARANCE

Plaintiff Kathleen Givant, by and through her Attorney September J. Katje, has requested to appear telephonically for the hearing on the motion to dismiss set for Thursday, March 8, 2012 at 2:00p.m. in Courtroom 7 before Judge Morrison C. England, Jr. Having taken this request under consideration,

IT IS HEREBY ORDERED, that the Plaintiff's request to appear telephonically is granted.  Attorney Katje shall be available at the telephone number listed on the caption above 15 minutes in advance of the scheduled 2:00 p.m. hearing on March 8, 2012.

IT IS SO ORDERED

DATE:  February 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE