UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLEEN GIVANT,                         No. 2:11-cv-03158-MCE-JFM

      Plaintiff,

  v.                                     MEMORANDUM AND ORDER

VITEK REAL ESTATE INDUSTRIES
GROUP, INC., dba VITEK
MORTGAGE GROUP, et al.,

      Defendants.

----oo0oo----

    Presently before the Court is a Motion to Dismiss (ECF No. 22) filed by MTC Financial, Inc. ("MTC"), a Defendant since dismissed pursuant to the stipulation of the parties and the order of this Court (ECF No. 35).  Accordingly, MTC's Motion to Dismiss is hereby DENIED without prejudice as moot.

    Also before the Court is a Motion to Dismiss filed by Everbank Financial Services and Everhome Mortgage Company (ECF No. 29) for hearing on March 29, 2012.  Those Defendants have since re-filed their Motion to Dismiss and re-set it for hearing before this Court on April 5, 2012 (ECF No. 36).

1

Accordingly, the original Motion to Dismiss (ECF No. 29) is DENIED without prejudice as moot as well.

Finally, on the Court's own Motion, hearing on the Motion to Dismiss filed by Defendant Vitek Real Estate Industries Group, Inc. (ECF No. 19), currently set for March 8, 2012, at 2:00 p.m. before this Court, is hereby vacated and continued to Thursday, April 5, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2