**CONSUMER LITIGATION LAW CENTER**
September J. Katje, Esq. (SBN 227896)
100 N. Barranca, Suite 700
West Covina, CA 91791
Telephone: (800) 787-5616
Fax: (888) 909-7947
septemberkatje@gmail.com

Attorney for Plaintiff,
Kathleen Givant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GIVANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VITEK REAL ESTATE INDUSTRIES GROUP, INC., dba VITEKMORTGAGE GROUP, a California Corporation; EVERHOME MORTGAGE COMPANY, a Florida Corporation; MTC FINANCIAL INC., dba TRUSTEE CORPS, a California Corporation; EVERBANK, a Federal Savings Bank; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto; and DOES 1 through 25,inclusive,<br><br>Defendants. | Case No.: 2:11-cv-03158-MCE-JFM<br><br>**ORDER GRANTING PLAINTIFF'S ATTORNEY, SEPTEMBER J. KATJE ESQ., REQUEST TO APPEAR TELEPHONICALLY**<br><br>**DATE:** Thursday, April 5, 2012<br>**TIME:** 2:00p.m.<br>**ROOM:** 7<br>**JUDGE:** Morrison C. England, Jr. |

///

///

1
[PROPOSED] RE REQUEST FOR TELEPHONIC APPEARANCE

1   Plaintiff Kathleen Givant, by and through her Attorney September J. Katje, has
2 requested to appear telephonically for the hearing on the motion to dismiss set for Thursday,
3 April 5, 2012 at 2:00p.m. in Courtroom 7 before Judge Morrison C. England, Jr. having taken
4 this request under consideration,

IT IS HEARBY ORDERED, that the Plaintiff's request to appear telephonically is granted.

   IT IS SO ORDERED

DATE:  March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE